# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **AMERICAN SOUTHERN INSURANCE COMPANY,** | } } } |
| **Plaintiff,** | } } |
| v. | } Case No.: 2:17-cv-00519-RDP } |
| **RICHARD SPROUSE CONSTRUCTION, INC., et al.,** | } } |
| **Defendants.** | |

## ORDER OF DISMISSAL

The court, having been informed that a settlement has been reached, **DISMISSES** this case **WITHOUT PREJUDICE**. The court shall retain jurisdiction over this matter for the purpose of enforcing the settlement reached by the parties and entering a consent judgment.

The parties are **DIRECTED** to submit a joint stipulation of dismissal and/or a motion for entry of a consent judgment once all settlement documentation is complete, but not later than sixty (60) days from the entry date of this Order, at which time the court will dismiss this matter with prejudice.

**DONE** and **ORDERED** this June 8, 2017.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE